IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>             Plaintiff,               )<br>        v.                            )<br>                                      )<br>ADRIAN NEGRETE-HERNANDEZ,            )<br>JANET MARTINEZ,                      )<br>JUAN DELGADO-MONTENEGRO,             )<br>"GUERITA,"                           )<br>ISMAEL CASAS,                        )<br>MICHAEL RAMOS,                       )<br>OLEGARIO TRUJILLO,                   )<br>LUIS CORTEZ-MENDOZA,                 )<br>ALEJANDRO MEJIA, and                 )<br>PEDRO DELGADO-MONTENEGRO             )<br>                                      )<br>             Defendants.              | 5:08-mj-000034 TAG<br>5:08-mj-000039 TAG<br>5:08-mj-000041 TAG<br>5:08-mj-000042 TAG<br>5:08-mj-000035 TAG<br>5:08-mj-000036 TAG<br>5:08-mj-000038 TAG<br>5:08-mj-000037 TAG<br>5:08-mj-000040 TAG<br>5:08-mj-000032 TAG<br><br>ORDER TO UNSEAL ARREST WARRANTS<br>AND CRIMINAL COMPLAINTS<br><br>**Under Seal** |

The United States of America has applied to this Court for an Order permitting it to unseal the Criminal Complaints and Arrest Warrants in the above-captioned matters. Upon consideration of the application and the entire record herein,

IT IS HEREBY ORDERED that the Criminal Complaints and Arrest

1

1  Warrants in the above-entitled proceedings shall be unsealed.
2  DATED: December 10, 2008

                                              THERESA A. GOLDNER
                                              U.S. Magistrate Judge

McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ADRIAN NEGRETE-HERNANDEZ,<br>JANET MARTINEZ,<br>JUAN DELGADO-MONTENEGRO,<br>"GUERITA,"<br>ISMAEL CASAS,<br>MICHAEL RAMOS,<br>OLEGARIO TRUJILLO,<br>LUIS CORTEZ-MENDOZA,<br>ALEJANDRO MEJIA, and<br>PEDRO DELGADO-MONTENEGRO,<br><br>    Defendants. | 5:08-mj-000034 TAG<br>5:08-mj-000039 TAG<br>5:08-mj-000041 TAG<br>5:08-mj-000042 TAG<br>5:08-mj-000035 TAG<br>5:08-mj-000036 TAG<br>5:08-mj-000038 TAG<br>5:08-mj-000037 TAG<br>5:08-mj-000040 TAG<br>5:08-mj-000032 TAG<br><br><br>APPLICATION TO UNSEAL CRIMINAL<br>COMPLAINTS AND ARREST WARRANTS |

The United States of America hereby applies to this Court for an order unsealing the arrest warrants and criminal complaints in the above-captioned proceedings.

This motion is based on the fact that the defendants in these matters were arrested on the criminal complaints.

Dated: December 10, 2008                  Respectfully submitted,

                                          McGREGOR W. SCOTT
                                          United States Attorney
                                     By:  /s/ Karen A. Escobar
                                          KAREN A. ESCOBAR
                                          Assistant U.S. Attorney

1